UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELTONA TRANSFORMER
CORPORATION,**

    Plaintiff,                                 CASE NO.: 6:14-cv-2010-ORL-28KRS

v.

**HARBOR FREIGHT TOOLS USA, INC.
and DOUBLE J MACHINERY AND
TOOLS CO., LTD.,**

    Defendants.

_____/

## JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, DELTONA TRANSFORMER CORPORATION ("Deltran"), a Florida corporation, and the Defendants, HARBOR FREIGHT TOOLS USA, INC., ("Harbor Freight"), by and through their respective undersigned counsel, hereby advise the Court that pursuant to an out-of-court Settlement Agreement, Deltran and Harbor Freight now move this Court pursuant to Rule 41, Federal Rule of Civil Procedure, for a dismissal <u>with prejudice</u> of all pending and unasserted claims and counterclaim that were brought, or which could have been brought, in the above-styled action.

As between Plaintiff Deltran and Defendant Harbor Freight, an Order of Dismissal with Prejudice is moved for under Rule 41(a)(2) because Harbor Freight filed an Answer and Counterclaim to Deltran's Complaint.

As between Plaintiff Deltran and Defendant DOUBLE J MACHINERY AND TOOLS CO., LTD. ("Double J"), a voluntary dismissal with prejudice is moved for under Rule 41(a)(1) because

Double J was served with process but has not filed a response to the Deltran Complaint or otherwise appeared in this action notwithstanding the fact that Double J is a party to the out-of-court Settlement Agreement that was entered into between Deltran, Harbor Freight and Double J upon which this Joint Stipulation and Motion for Dismissal <u>with Prejudice</u> is expressly premised.

Nothing in the dismissal moved for herein shall limit or otherwise modify the rights of Deltran, Harbor Freight and/or Double J *vis-à-vis* one another under the out-of-court Settlement Agreement by and between those settling parties.

Each party shall bear their own attorney's fees and costs of action. The parties jointly move this Court for entry of a Final Order of Dismissal <u>with Prejudice</u> of this action.

DATED: September 25, 2015.

| | |
|---|---|
| */s/ T. Todd Pittenger* | */s/ Mark J. Rosenberg* |
| T. TODD PITTENGER, ESQUIRE | Douglas C. Spears, Esq. |
| Florida Bar No.: 0768936 | Florida Bar No.: 373801 |
| email: todd.pittenger@akerman.com | email: dspears@swannhadley.com |
| Joshua A. Mize, Esq. | Swann Hadley Stump Dietrich & Spears, P.A. |
| Florida Bar No.: 0086163 | Post Office Box 1961 |
| email: joshua.mize@akerman.com | Winter Park, Florida 32790 |
| AKERMAN LLP | Telephone: (407) 647-2777 |
| 420 South Orange Avenue, Suite 1200 | Facsimile: (407) 647-2157 |
| Orlando, Florida 32801 | |
| Telephone: (407) 423-4000 | and |
| Facsimile: (407) 843-6610 | |
| | Mark J. Rosenberg, Esq. *(pro hac vice)* |
| Michael K. Dixon, Esq. | email: mrosenberg@tarterkringsky.com |
| Florida Bar Number: 482633 | Tarter Krinsky & Drogin LLP |
| michael.dixon@akerman.com | 1350 Broadway |
| AKERMAN LLP | New York, New York 10018 |
| 222 Lakeview Avenue | Telephone: (212) 216-1127 |
| Fourth Floor | *Attorneys for Defendant, Harbor Freight Tools USA, Inc.* |
| West Palm Beach, FL 33401 | |
| Phone: (561) 653-5000 | |
| Fax: (561) 659-6313 | |
| *Attorneys for Plaintiff, Deltona Transformer Corporation ("Deltran")* | |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 25th day of September, 2015, I filed the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida using the Court's CM/ECF system, which will send a notification to counsel of record below:

| | |
|---|---|
| Douglas C. Spears, Esq. | Mark J. Rosenberg, Esq. *(pro hac vice)* |
| Swann Hadley Stump Dietrich & Spears, P.A. | Tarter Krinsky & Drogin LLP |
| Post Office Box 1961 | 1350 Broadway |
| Winter Park, Florida  32790 | New York, New York 10018 |
| dspears@swannhadley.com | mrosenberg@tarterkringsky.com |

I further certify that on this same date, I served a true and correct copy via Electronic Transmission and U.S. Mail to:

Double J. Machinery and Tools Co., Ltd.
Room 1701 No 95ZHongshan Bei Road
Nanjing, Jiangsu  China
cai@doublejtools.com nick.lu@doublejtools.com

                                                   */s/ T. Todd Pittenger*
                                                   Florida Bar No.: 0768936